IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MILTON SUDBROCK,<br><br>          Plaintiff,<br><br>vs.<br><br>INTERNATIONAL PAPER RECYCLING<br>and INTERNATIONAL PAPER<br>COMPANY,<br><br>          Defendants. | No.  4:13-cv-00214-JAJ<br><br><br><br><br>**ORDER** |

This matter comes before the court pursuant to the parties' January 12, 2016 Stipulated Dismissal With Prejudice. [Dkt. 73]

**IT IS ORDERED** that this case is dismissed with prejudice with each party to bear their own respective costs and attorney fees.

**DATED** this 25th day of January, 2016.

_____
JOHN A. JARVEY, Chief Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA